ward Fitzpatrick against the Hudson River Water Power Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

FLAMM et al., Appellants, v. PERRY et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Action by Eliza J. Flamm and others against Clarence S. Perry and others. No opinion. Order signed.

---

FORSYTH, Appellant, v. GAUNTLETT et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 14, 1903.) Action by James Forsyth against John C. Gauntlett individually and as trustee for Mary C. Gauntlett, Georgia McGraw Curtiss and Joseph W. McGraw, impleaded, etc. No opinion. Judgment unanimously affirmed, with costs.

---

FOUSER, Appellant, v. FOUSER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by George Fouser against Alvira E. Fouser. No opinion. Order modified by reducing the amount of counsel fee to $50, and as thus modified affirmed, without costs of this appeal to either party, the sum allowed, to be paid within 30 days after entry and service of a copy of this order.

---

FOX, Respondent, v. MAHONY, Appellant. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Edward Fox, as administrator, against John J. Mahony. D. P. Mahony, for appellant. L. Van Doren, for respondent. No opinion. Judgment affirmed, with costs.

---

FRENCH, Respondent, v. CITY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by Porter M. French against the city of Rochester. No opinion. Judgment affirmed, with costs, upon the opinion of Nash, J., delivered in Grant v. City of Rochester, 80 N. Y. Supp. 522.

---

FRENCH v. CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) Action by Porter M. French against the city of Rochester. No opinion. Motion for leave to appeal to the Court of Appeals granted.

---

FRIESE, Respondent, v. PORT CHESTER ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Max E. Friese, as administrator, etc., of Karl William Friese, deceased, against the Port Chester Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

FROUNFELKER, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by Sarah A. Frounfelker against the Delaware, Lackawanna & Western Railroad Company. H. Odell, for appellant. V. P. Donihee, for respondent. No opinion. Reargument ordered. See 77 N. Y. Supp. 470.

---

FULLER, Respondent, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by John Fuller against Edward B. Mitchell.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to abide the event. Held, that the proofs are so uncertain and unsatisfactory that it is impossible for this court to determine from the record the relations of the parties to the fund in controversy.

---

GAMBRINUS BREWING CO. et al., Appellants, v. STRANGMAN. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by the Gambrinus Brewing Company and others against Carl A. Strangman, impleaded, striking out therefrom all after the word "made," in folio 143, on page 36, of the printed record, to and including the word "complaint," in the third line from the end of said folio,—and as thus modified affirmed, without costs of this appeal to either party.

---

GARRISON, Appellant, v. HOLME et al., Respondents. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Annie A. Garrison against Leicester Holme and others. A. V. Campbell, for appellant. J. Delahunty, for respondents. No opinion. Judgment affirmed, with costs.

---

GENEVA NAT. BANK, Respondent, v. GRAHAM, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by the Geneva National Bank against James Graham, impleaded, etc.

PER CURIAM. Order affirmed with $10 costs and disbursements. This renders the decision of motion to dismiss appeal unnecessary.

SPRING and HISCOCK, JJ., dissenting.

---

GERMAN AMERICAN BANK OF ROCHESTER v. STEIN et al. (Supreme Court, Appellate Division, Fourth Department. January 30, 1903.) Action by the German American Bank of Rochester against Leopold Stein and others. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

---

In re GILCHRIST'S ESTATE. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) In the matter of the application for letters of administration on the goods, chattels, and credits of James A. Gilchrist, deceased. No opinion. Order of Surrogate's Court of Kings county (75 N. Y. Supp. 1055) affirmed, with $10 costs and disbursements.